13 A.3d 1226

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

v.

**Carren Susan OLER, Respondent.**

**Misc. Docket AG No. 54, Sept. Term, 2010.**

Court of Appeals of Maryland.

Feb. 23, 2011.

## *ORDER*

Upon consideration of the Joint Petition for Reprimand filed herein by Petitioner and counsel for Respondent, it is this 23rd day of February, 2011,

ORDERED, by the Court of Appeals of Maryland, that the Joint Petition be, and it is hereby granted and the Respondent is reprimanded.